**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00122-01-CR-W-BP |
| | ) | |
| MARIO C. CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) FINDING DEFENDANT INCOMPETENT TO PROCEED TO TRIAL**

On July 23, 2026, Defendant was ordered to undergo a competency evaluation. (Doc. 20.) Defendant was examined by Alicia Gilbert, PhD, who prepared a report dated September 29, 2026, in which she opined Defendant is not competent to stand trial. (Doc. 22.)

During a hearing held before United States Magistrate Judge W. Brian Gaddy on October 19, 2026, Defendant and the Government stipulated to Dr. Gilbert's report, and no other evidence was offered. (*See* Doc. 26.) Thereafter, Judge Gaddy issued a Report recommending that the Court find Defendant incompetent to proceed. (Doc. 25.)

At the hearing, there was no objection to Judge Gaddy's recommendation, and both parties waived the 14-day objection period. Accordingly, and after reviewing Dr. Gilbert's report and the transcript from the hearing, the Court adopts the Report and finds that Defendant is incompetent to stand trial and to assist in his defense.

Defendant is committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Once Defendant's hospitalization begins, the director of the facility shall prepare an interim status report every forty days concerning Defendant's mental condition. Such report(s) shall be promptly provided by U.S. Mail and e-mail to:

United States District Court
Chambers of U.S. District Judge Beth Phillips
400 E. 9th Street; Chambers 7452
Kansas City, MO 64106
annette_cordell@mow.uscourts.gov

United States District Court
Chambers of U.S. Magistrate Judge W. Brian Gaddy
400 E. 9th Street; Chambers 6652
Kansas City, MO 64106
Melissa_Nolte@mow.uscourts.gov

Stephen C. Moss
Federal Public Defender's Office
1000 Walnut; Suite 600
Kansas City, MO 64106
steve_moss@fd.org

Jessica L. Jennings
United States Attorney's Office
400 E. 9th Street; Suite 5510
Kansas City, MO 64106
jessica.jennings@usdoj.gov

**IT IS SO ORDERED.**

_/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: October 23, 2026